UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:24-cv-60863-AHS

**Zemiao Chen**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**
Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendants, Amidaky, CandyFouse-Noyo, codree, Cieovo, EUBUY, HFXXAD, Hiparty Mall, ILMLYTAL, JingDan, Kiddisie, LAVENSA, NUEDOT, OKGD, Rainmae, Runyao, staring, Toosunny, whasme, xindibusiness, Chamthou, Daosenwang, Duoyaguoo, Haankong, Hovsiner, MiuoZI, Tininmug, Wayuen, Xianewqia, Yragrant, and Zeonhra (collectively the "Defendants" or "30 Defendants" hereafter), by and though the counsel undersigned, answer to the Complaint [DE 1] and state as follows:

## INTRODUCTION

1. No answer is needed. If an answer is needed, denied.

2. No answer is needed. If an answer is needed, denied.

## JURISDICTION AND VENUE

3. Denied.

4. Denied.

5. Denied.

## THE PARTIES

Page 1 of 10

6. No answer is needed. If an answer is needed, denied.

7. No answer is needed. If an answer is needed, denied.

8. Admitted in part. Defendants are entities in China and own and operate e-commerce stores. Denied the rest.

9. Admitted in part. Defendants used the online platforms to sell their products with mesh surface and rectangular shape. Denied the rest.

10. Denied.

11. No answer is needed as lack of information to Defendants. If any answer is needed, denied.

## FACTUAL BACKGROUND

12. Denied.

13. No answer is needed. If an answer is needed, Defendants lack such information to answer.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

## COUNT I - INFRINGEMENT OF US PATENT

22. No answer is needed.

23. Denied.

24. Denied. Besides, the patent is invalid.

25. Denied.

26. Denied. Defendants used their own authorized patent produce and sell the products.

## JURY TRIAL DEMAND

27. Defendants demand jury trial on all counts in the Complaint [DE 1] or any amended pleading

thereafter.

## AFFIRMATIVE DEFENSES
## First Affirmative Defense - On-Sale Bar

28. The allegedly patented products were on public sales more than one year prior to the

application of the patents at issue.

29. US Patent No. D1,019,124 S ("'124 Patent" hereafter) is invalid as it is barred by on-sale

more than one year prior to the application date of the '124 Patent.

30. The application date of '124 Patent is Jul. 7, 2021. Tenrai an Amazon store, sold the same

product on Amazon in 2019. *See* Tenrai Product, https://www.amazon.com/Tenrai-Zippered-

Prevents-Capacity-Pressure/dp/B07V2QKH6W, last visited August 6, 2024.

## Second Affirmative Defense - Lack of Novelty

31. The alleged invention was already known or used by others, alternatively, anticipated by the

prior arts, such as Frienda Bag marketed as a Kids Beach Bag that was sold on April 9, 2021; a

Seashell Bag for boys and girls sold on February 28, 2020; and a Beach Shell Bag sold by

Muyizi since at least April 20, 2021.

Dated: Aug. 9, 2024

/s/ Jianyin Liu

Jianyin Liu, Esq.

1007675

jamesliulaw@gmail.com

The Law Offices of James Liu PLLC

15750 SW 92nd Ave Unit 20C

Palmetto Bay, FL 33157

Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this Aug. 9, 2024.

/s/ Jianyin Liu

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:24-cv-60863-AHS**

**Coffee et al 30 Defendants**,
Counter-Plaintiff,
v.

**Zemiao Chen**,

Counter-Defendant.

_____/

## COUNTERCLAIM

Counter-Plaintiffs, Defendants, Amidaky, CandyFouse-Noyo, codree, Cieovo, EUBUY, HFXXAD, Hiparty Mall, ILMLYTAL, JingDan, Kiddisie, LAVENSA, NUEDOT, OKGD, Rainmae, Runyao, staring, Toosunny, whasme, xindibusiness, Chamthou, Daosenwang, Duoyaguoo, Haankong, Hovsiner, MiuoZI, Tininmug, Wayuen, Xianewqia, Yragrant, and Zeonhra, collectively referred to as "Counter-Plaintiffs" hereafter, by and though the counsel undersigned, hereby sued Plaintiff Zemiao Chen ("Counter-Defendant" hereafter) and state as follows:

## JURISDICTION AND VENUE

1. This Counterclaim is filed pursuant to Fed. Civ. P. Rule 13. Counterclaim and Crossclaim (a) and/or (b), as it is against the Plaintiff/Counter-Defendant in the instant case.

2. Also, this Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1338(a), which grants district courts original jurisdiction over all civil actions arising under any Act of Congress relating to patents.

3. This Court has supplemental jurisdiction under 28 U.S. Code § 1367 for the negligence claim.

## PARTIES

4. Counter-Plaintiffs are the owners of stores on e-commerce platforms.

5. Counter-Defendant, is a Chinese residing in Shenzhen, China.

## LEGAL GROUND

5. Counter-Plaintiffs file this counterclaim against Counter-Defendant pursuant to 35 U.S.C. §§ 102 and. 103.

## FACTUAL GROUND

6.  The allegedly patented products were on public sales more than one year prior to the application of the patents at issue.

7.  US Patent No. D1,019,124 S ("'124 Patent" hereafter) is invalid as it is barred by on-sale more than one year prior to the application date of the '124 Patent.

8. The application date of '124 Patent is Jul. 7, 2021.

9. For example, Tenrai an Amazon store, sold the same product on Amazon in 2019. *See* Tenrai Product,  https://www.amazon.com/Tenrai-Zippered-Prevents-Capacity-Pressure/dp/B07V2QKH6W, last visited August 6, 2024.

10. There are a few other prior arts prior arts, such as Frienda Bag marketed as a Kids Beach Bag that was sold on April 9, 2021; a Seashell Bag for boys and girls sold on February 28, 2020; and a Beach Shell Bag sold by Muyizi since at least April 20, 2021.

### COUNT I - DECLARATORY JUDGMENT OF PATENT INVALIDITY OF '124 PATENT BARRED BY ON-SALE

11. Counter-Plaintiffs hereby incorporate ¶¶ 1-10 to this Count, as if they are re-stated herein.

12. The allegedly patented products were on public sales more than one year prior to the application of the patents at issue.

13. US Patent No. D1,019,124 S ("'124 Patent" hereafter) is invalid as it is barred by on-sale more than one year prior to the application date of the '124 Patent.

14. The application date of '124 Patent is Jul. 7, 2021.

15. For example, Tenrai, an Amazon store, sold the same product on Amazon in 2019. *See* Tenrai Product, https://www.amazon.com/Tenrai-Zippered-Prevents-Capacity-Pressure/dp/B07V2QKH6W, last visited August 6, 2024.

16. There are a few other prior arts, such as Frienda Bag marketed as a Kids Beach Bag that was sold on April 9, 2021; a Seashell Bag for boys and girls sold on February 28, 2020; and a Beach Shell Bag sold by Muyizi since at least April 20, 2021. *See* (DE [30-1] ¶¶ 5-7).

17. For the foregoing reasons, Counter-Plaintiffs request that this Court enter a judgment declaring that the '124 Patent is invalid and unenforceable.

### COUNT II - DECLARATORY JUDGMENT OF PATENT INVALIDITY OF '124- LACK OF NOVELTY

18. Counter-Plaintiffs incorporate ¶¶ 1-10 to this Count, as if they are re-stated herein.

19. '124 Patent lacks novelty because there are a few other prior arts, such as Frienda Bag marketed as a Kids Beach Bag that was sold on April 9, 2021; a Seashell Bag for boys and girls sold on February 28, 2020; and a Beach Shell Bag sold by Muyizi since at least April 20, 2021, which are almost identical, or similar to the design of '124 Patent.

20. There are no new patentable claims or the change/modification was obvious to persons with ordinary skills added to '124 Patent.

21. Thus, it should not be enforceable for lack of novelty.

22. For the foregoing reasons, Counter-Plaintiffs request that this Court enter a judgment declaring that the '124 Patent is invalid and unenforceable.

## COUNT III - NEGLIGENCE

23. Counter-Plaintiffs incorporated ¶¶ 1-10 to this Count, as if they are re-stated herein.

24. Counter-Defendant had an obligation to check the validity of its patents before filing a suit against Counter-Plaintiffs in this Court.

25. However, Counter-Defendant failed to fulfill their duty to check prior sales, prior publications and the prior arts already registered as patent in USPTO and sued Counter-Plaintiffs.

26. But for Counter-Defendant's reckless behaviors, Counter-Plaintiffs' funds in the online stores in the online platforms would not have been temporarily frozen due to Counter-Defendant's reckless behavior of filing a motion for temporary restraining order (TRO).

27. It is foreseeable that if Counter-Defendant filed a lawsuit, it would seek a TRO that would freeze the funds of the stored of Counter-Plaintiffs, which would stop the listing of the products and the withdrawal of the funds held by the platforms, which most likely the Court would grant it as an *ex parte* motion.

28. Counter-Plaintiffs suffered a damage of suspended sales, frozen funds, disruption of operations of the stores on the online platforms.

## COUNT IV - TORTIOUS INTERFERENCE

29. Counter-Plaintiffs incorporated ¶¶ 1-10 to this Count, as if they are re-stated herein.

30. For all the Counter-Plaintiffs, they had an existing valid contract (the "Contract") with the online platforms such as Amazon.com to sell their products online.

31. Counter-Defendant knew such relationship before filing the instant case.

32. However, without justifiable ground, Counter-Defendant filed the instant case against all Counter-Plaintiffs, deliberately interfering the contractual relationship between Counter-Plaintiffs and the online platforms such as amazon.com.

33. The lawsuit was based on the '124 patent that has no strong bearing with the products of Counter-Plaintiffs.

34. Its caused Counter-Plaintiffs to breach the Contract that mandated no to sell any counterfeits on the online platforms.

35. In fact, Counter-Plaintiffs did not sell any counterfeits as was falsely alleged by Counter-Defendant.

36. Counter-Defendant made such false allegations and brought this cause of action in bad faith against Counter-Plaintiffs.

37. Counter-Plaintiff thus suffered economic harm as much as more than three millions US dollars in aggregate, as estimated as of today, due to the freezing of the funds and the product listings on the online platforms.

### **Jury Demand**

38. Counter-Plaintiffs hereby demand a trial by jury on all issues so triable.


Dated: Aug. 9, 2024


/s/ Jianyin Liu
_____

Jianyin Liu, Esq.

1007675

jamesliulaw@gmail.com

The Law Offices of James Liu PLLC

15750 SW 92nd Ave Unit 20C

Palmetto Bay, FL 33157

Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Aug. 9, 2024.

/s/ Jianyin Liu