UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60863-CIV-AHS

Zemiao Chen
      *Plaintiff*,

 v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

     *Defendants*. /

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, Zemiao Chen ("Plaintiff"), by and through its undersigned counsel, hereby request that the Clerk enter default in this matter against the Defendants listed in Exhibit A ("Defaulting Defendants") on the ground that Defaulting Defendants have failed to respond to the Complaint with the time prescribed by the Federal Rules of Civil Procedure. (*See* Declaration of Palmer in Support of Plaintiff's Request for Clerk's Entry of Default ("Palmer Decl. ¶4"), filed concurrently herewith.)

The Defaulting Defendants have failed to appear in this litigation and failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer. (*Id.* at ¶4.) Plaintiff is informed and believes that the Defaulting Defendants are not infants or incompetent person. (*Id.* at ¶5.) Plaintiff is informed and believes that the Service members Civil Relief Act does not apply. (*Id.*)

WHEREFORE, Plaintiff Zemiao Chen, requests that default be entered against the defaulting Defendants listed in attached Exhibit A.

Respectfully submitted this 23rd Day of August 2024.

1

2

*[signature]*

Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
954-491-1997 (facsimile)
ajpalmer@palmerlawgroup.com
dkang@palmerlawgroup.com

**Exhibit A**

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Abnaok | ALZ9EBV3K1SP4 |
| 3 | Aetygh | ACRGYDU5S6M5K |
| 8 | ASON-US | A39W07TWMGPFZR |
| 9 | Auony US | A1TWUGM1549ELP |
| 13 | BeiquduoTechnology | A3P3RFPWGUZHDH |
| 24 | cleanla | A1OQNPP2CKP1YX |
| 26 | Conbooes | AZQ1AIF2YMSBT |
| 30 | Darling-E | A1VFBBPSU7UVI1 |
| 33 | Derayee | A1NOL378NYF8X1 |
| 34 | DINJIN STORE | A2ZYH02LW1YJBY |
| 37 | Emily Wan | AB9XQJ1JEBLPT |
| 38 | EUARD | AKUY9RC11KRRY |
| 41 | F-color | AOUHWORKKQQTF |
| 42 | FEISHUODIRECT | AHOEGFGSZSSVR |
| 44 | Fey's Gift | A3STVSQ0KLH7MY |
| 45 | Flimikun | AOTUNAYLE22JW |
| 46 | Flyusa | A3C5O4KLGORWC8 |
| 47 | flyzone | A1LTPWKGQH4CZ |
| 51 | guangzhoujurongmaoyiyouxiangongsi | A10MTI2342DYSY |
| 55 | HAMATAPA | A2LN3L9JISY2F5 |
| 58 | HiFiveUS Store | A171HBVZA1CKWK |
| 59 | Himatan | A3R32NOMQACZFE |
| 62 | Homoney | A1DCN5IERKSUA2 |
| 63 | HongFfengbusiness | AXRZY6HAS8D9Y |
| 64 | Honkenda | A16W6LO3DT5H27 |
| 69 | IYWISH | A3GMYKK4OO5EYD |
| 75 | KINBOM store | A24M55ADMJQEC9 |
| 80 | Liannail | A1V5X45QTP6TLK |
| 86 | menolanaUS | A2XL9F65VRE6S6 |
| 88 | Mototo US | A2KTNWLS46NNVO |
| 91 | Nanning Ouben | A37M9MMAQC0RXC |
| 92 | NSSTAR | A1E9K8N0L9QR0J |
| 96 | orandream | A38UA704AOURMF |
| 99 | PEIPEITOYS | A3Y9520XICWPR |
| 101 | QidouTrading | A26YUHQVOUCH7 |
| 102 | QIMIAO SHOP | A2V48JQSMB3UQA |
| 105 | QUHUAMAO | AMWPHD38AXXSD |

| | | |
|---|---|---|
| 107 | Reemtoo | A3VQL8K4NB32MM |
| 110 | S&S Trading LLC | A3EWTZOKIFHA2C |
| 112 | senlie-us | A2R90WYWGJG750 |
| 113 | Senlin Store | A3LP48K21O9I37 |
| 114 | Shasha Music | A1OXHEYT3CC57D |
| 120 | SiuMask | A1QVXV4KLSN508 |
| 121 | Small Boy Technology | A2FUYGP4FMB3FC |
| 122 | STALIBIU | A1P02J1Y6Q6XGJ |
| 126 | tankongxi | A1UVIJE4Z71RYK |
| 129 | The Life Company | A2AH5JU82LX8G7 |
| 135 | UYEAJNP | A1UOIGP2YPS8SI |
| 137 | vgsdfgfgfgrtuyj90 | AYFVRIBO5WKFQ |
| 139 | VOROLO-US | AN3DNTC0XPZTP |
| 143 | WWAzuo | A2OF7OMEM2LZJW |
| 145 | Xianyang Instrument | A2N6WNM8B9PP5J |
| 148 | xing meng ke ji | A17VR4BISSTUP9 |
| 150 | xuanheng | A2B4WVFCGJGGL0 |
| 153 | Yiwu Hande E-commerce Co., Ltd | AKOR7IUTV7MO |
| 154 | YotoUS | ARKXML98YCZKB |
| 157 | Y-SHI | AJZYSJTCEK3WF |
| 158 | YuCang Direct Store | A130IDYED48YCB |
| 159 | YVVZHOU PANN | AOIUPGALUOABT |
| 160 | yyreach | A26V71CNIORKU |
| 162 | Zhaoyao Mall | A213JVLB91APGB |