# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60863-CIV-AHS

Zemiao Chen

        *Plaintiff*,

   v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

        *Defendants*.  /

## DECLARATION OF ANDREW J. PALMER

I, Andrew J. Palmer, declare and state as follows:

1. I am counsel of record for Plaintiff Zemiao Chen ("Plaintiff"), in the above captioned action. I submit this Declaration in support of Plaintiff's Motion for Clerk's Entry of Default on the on the Defendants listed in Exhibit A ("Defaulting Defendants"). I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. On May 21, 2024, Plaintiff filed its Complaint. [ECF. No. 1].

3. On July 29, 2024, Defaulting Defendants were properly served with their respective Summons and copies of the Complaint via e-mail pursuant to the Court's Order authorizing alternate service of process.

4. The Defaulting Defendants have failed to answer or otherwise respond to the Complaint or serve a copy of the Answer.

1

5. I am informed and believe neither Defaulting Defendants are not infants or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of August 2024, at Ft. Lauderdale, Florida.

By: _____
Andrew J. Palmer
Attorney for Plaintiff

Exhibit A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Abnaok | ALZ9EBV3K1SP4 |
| 3 | Aetygh | ACRGYDU5S6M5K |
| 8 | ASON-US | A39W07TWMGPFZR |
| 9 | Auony US | A1TWUGM1549ELP |
| 13 | BeiquduoTechnology | A3P3RFPWGUZHDH |
| 24 | cleanla | A1OQNPP2CKP1YX |
| 26 | Conbooes | AZQ1AIF2YMSBT |
| 30 | Darling-E | A1VFBBPSU7UVI1 |
| 33 | Derayee | A1NOL378NYF8X1 |
| 34 | DINJIN STORE | A2ZYH02LW1YJBY |
| 37 | Emily Wan | AB9XQJ1JEBLPT |
| 38 | EUARD | AKUY9RC11KRRY |
| 41 | F-color | AOUHWORKKQQTF |
| 42 | FEISHUODIRECT | AHOEGFGSZSSVR |
| 44 | Fey's Gift | A3STVSQ0KLH7MY |
| 45 | Flimikun | AOTUNAYLE22JW |
| 46 | Flyusa | A3C5O4KLGORWC8 |
| 47 | flyzone | A1LTPWKGQH4CZ |
| 51 | guangzhoujurongmaoyiyouxiangongsi | A10MTI2342DYSY |
| 55 | HAMATAPA | A2LN3L9JISY2F5 |
| 58 | HiFiveUS Store | A171HBVZA1CKWK |
| 59 | Himatan | A3R32NOMQACZFE |
| 62 | Homoney | A1DCN5IERKSUA2 |
| 63 | HongFfengbusiness | AXRZY6HAS8D9Y |
| 64 | Honkenda | A16W6LO3DT5H27 |
| 69 | IYWISH | A3GMYKK4OO5EYD |
| 75 | KINBOM store | A24M55ADMJQEC9 |
| 80 | Liannail | A1V5X45QTP6TLK |
| 86 | menolanaUS | A2XL9F65VRE6S6 |
| 88 | Mototo US | A2KTNWLS46NNVO |
| 91 | Nanning Ouben | A37M9MMAQC0RXC |
| 92 | NSSTAR | A1E9K8N0L9QR0J |
| 96 | orandream | A38UA704AOURMF |
| 99 | PEIPEITOYS | A3Y9520XICWPR |
| 101 | QidouTrading | A26YUHQVOUCH7 |
| 102 | QIMIAO SHOP | A2V48JQSMB3UQA |
| 105 | QUHUAMAO | AMWPHD38AXXSD |

| 107 | Reemtoo | A3VQL8K4NB32MM |
|---|---|---|
| 110 | S&S Trading LLC | A3EWTZOKIFHA2C |
| 112 | senlie-us | A2R90WYWGJG750 |
| 113 | Senlin Store | A3LP48K21O9I37 |
| 114 | Shasha Music | A1OXHEYT3CC57D |
| 120 | SiuMask | A1QVXV4KLSN508 |
| 121 | Small Boy Technology | A2FUYGP4FMB3FC |
| 122 | STALIBIU | A1P02J1Y6Q6XGJ |
| 126 | tankongxi | A1UVIJE4Z71RYK |
| 129 | The Life Company | A2AH5JU82LX8G7 |
| 135 | UYEAJNP | A1UOIGP2YPS8SI |
| 137 | vgsdfgfgfgrtuyj90 | AYFVRIBO5WKFQ |
| 139 | VOROLO-US | AN3DNTC0XPZTP |
| 143 | WWAzuo | A2OF7OMEM2LZJW |
| 145 | Xianyang Instrument | A2N6WNM8B9PP5J |
| 148 | xing meng ke ji | A17VR4BISSTUP9 |
| 150 | xuanheng | A2B4WVFCGJGGL0 |
| 153 | Yiwu Hande E-commerce Co., Ltd | AKOR7IUTV7MO |
| 154 | YotoUS | ARKXML98YCZKB |
| 157 | Y-SHI | AJZYSJTCEK3WF |
| 158 | YuCang Direct Store | A130IDYED48YCB |
| 159 | YVVZHOU PANN | AOIUPGALUOABT |
| 160 | yyreach | A26V71CNIORKU |
| 162 | Zhaoyao Mall | A213JVLB91APGB |