# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Zemiao Chen
           *Plaintiff*,

   v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

           *Defendants*.           /

It appearing that the Defendants listed in Exhibit A, are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against Defendants listed in Exhibit A, as of course, on this date, _____, 2024.

**CLERK OF COURT**

By:_____

Exhibit A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Abnaok | ALZ9EBV3K1SP4 |
| 3 | Aetygh | ACRGYDU5S6M5K |
| 8 | ASON-US | A39W07TWMGPFZR |
| 9 | Auony US | A1TWUGM1549ELP |
| 13 | BeiquduoTechnology | A3P3RFPWGUZHDH |
| 24 | cleanla | A1OQNPP2CKP1YX |
| 26 | Conbooes | AZQ1AIF2YMSBT |
| 30 | Darling-E | A1VFBBPSU7UVI1 |
| 33 | Derayee | A1NOL378NYF8X1 |
| 34 | DINJIN STORE | A2ZYH02LW1YJBY |
| 37 | Emily Wan | AB9XQJ1JEBLPT |
| 38 | EUARD | AKUY9RC11KRRY |
| 41 | F-color | AOUHWORKKQQTF |
| 42 | FEISHUODIRECT | AHOEGFGSZSSVR |
| 44 | Fey's Gift | A3STVSQ0KLH7MY |
| 45 | Flimikun | AOTUNAYLE22JW |
| 46 | Flyusa | A3C5O4KLGORWC8 |
| 47 | flyzone | A1LTPWKGQH4CZ |
| 51 | guangzhoujurongmaoyiyouxiangongsi | A10MTI2342DYSY |
| 55 | HAMATAPA | A2LN3L9JISY2F5 |
| 58 | HiFiveUS Store | A171HBVZA1CKWK |
| 59 | Himatan | A3R32NOMQACZFE |
| 62 | Homoney | A1DCN5IERKSUA2 |
| 63 | HongFfengbusiness | AXRZY6HAS8D9Y |
| 64 | Honkenda | A16W6LO3DT5H27 |
| 69 | IYWISH | A3GMYKK4OO5EYD |
| 75 | KINBOM store | A24M55ADMJQEC9 |
| 80 | Liannail | A1V5X45QTP6TLK |
| 86 | menolanaUS | A2XL9F65VRE6S6 |
| 88 | Mototo US | A2KTNWLS46NNVO |
| 91 | Nanning Ouben | A37M9MMAQC0RXC |
| 92 | NSSTAR | A1E9K8N0L9QR0J |
| 96 | orandream | A38UA704AOURMF |
| 99 | PEIPEITOYS | A3Y9520XICWPR |
| 101 | QidouTrading | A26YUHQVOUCH7 |
| 102 | QIMIAO SHOP | A2V48JQSMB3UQA |

| | | |
|---|---|---|
| 105 | QUHUAMAO | AMWPHD38AXXSD |
| 107 | Reemtoo | A3VQL8K4NB32MM |
| 110 | S&S Trading LLC | A3EWTZOKIFHA2C |
| 112 | senlie-us | A2R90WYWGJG750 |
| 113 | Senlin Store | A3LP48K21O9I37 |
| 114 | Shasha Music | A1OXHEYT3CC57D |
| 120 | SiuMask | A1QVXV4KLSN508 |
| 121 | Small Boy Technology | A2FUYGP4FMB3FC |
| 122 | STALIBIU | A1P02J1Y6Q6XGJ |
| 126 | tankongxi | A1UVIJE4Z71RYK |
| 129 | The Life Company | A2AH5JU82LX8G7 |
| 135 | UYEAJNP | A1UOIGP2YPS8SI |
| 137 | vgsdfgfgfgrtuyj90 | AYFVRIBO5WKFQ |
| 139 | VOROLO-US | AN3DNTC0XPZTP |
| 143 | WWAzuo | A2OF7OMEM2LZJW |
| 145 | Xianyang Instrument | A2N6WNM8B9PP5J |
| 148 | xing meng ke ji | A17VR4BISSTUP9 |
| 150 | xuanheng | A2B4WVFCGJGGL0 |
| 153 | Yiwu Hande E-commerce Co., Ltd | AKOR7IUTV7MO |
| 154 | YotoUS | ARKXML98YCZKB |
| 157 | Y-SHI | AJZYSJTCEK3WF |
| 158 | YuCang Direct Store | A130IDYED48YCB |
| 159 | YVVZHOU PANN | AOIUPGALUOABT |
| 160 | yyreach | A26V71CNIORKU |
| 162 | Zhaoyao Mall | A213JVLB91APGB |