**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60863-CIV-AHS**

Zemiao Chen
     *Plaintiff*,

  v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

    *Defendants*.    /

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Plaintiff Zemiao Chen, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant BingChengUK, Gulissa, UYEAJNP and Teemico US without prejudice.

Dated September 5, 2024.    Respectfully submitted,

              /s/ Andrew J. Palmer
              Andrew J. Palmer
              Palmer Law Group
              5353 N. Federal Highway, Suite 402
              Fort Lauderdale, FL 33065
              954-491-1997 (facsimile)
              ajpalmer@palmerlawgroup.com
              *Attorney for Plaintiff*