UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60863-CIV-SINGHAL

ZEMIAO CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff Zemiao Chen (DE [94]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby:

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendants muzhizhidianzi, Homoney, KINBOM store, yyreach, Flyusa, Fumwase and Emily Wan.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30th day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF