UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60863-CIV-AHS

Zemiao Chen

        *Plaintiff*,

  v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

        *Defendants*.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Zemiao Chen and Defendant senlie-us, by and through undersigned counsels, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby respectfully and jointly submit this stipulation of dismissal as to each other with prejudice, each party shall bear their own costs and fees.

Dated October 1, 2024.                                   Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
954-491-1997 (facsimile)
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188

Email: jamesliulaw@gmail.com
*Attorney for Defendant*