**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60863-CIV-AHS**

Zemiao Chen

    *Plaintiff*,

  v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

    *Defendants*.    /

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff Zemiao Chen, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant YVVZHOU PANN with prejudice.

Dated October 17, 2024.      Respectfully submitted,

                /s/ Andrew J. Palmer
                Andrew J. Palmer
                Palmer Law Group
                5353 N. Federal Highway, Suite 402
                Fort Lauderdale, FL 33065
                954-491-1997 (facsimile)
                ajpalmer@palmerlawgroup.com
                ***Attorney for Plaintiff***