**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60863-CIV-AHS**

Zemiao Chen

   *Plaintiff*,

 v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

   *Defendants*. /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Zemiao Chen and Defendants Megabar and AXZTYYLA, by and through undersigned counsels, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby respectfully and jointly submit this stipulation of dismissal as to each other with prejudice, each party shall bear their own costs and fees.

Dated October 21, 2024.     Respectfully submitted,

               /s/ Andrew J. Palmer
               Andrew J. Palmer
               Palmer Law Group
               5353 N. Federal Highway, Suite 402
               Fort Lauderdale, FL 33065
               954-491-1997 (facsimile)
               ajpalmer@palmerlawgroup.com
               ***Attorney for Plaintiff***

               /s/ Jianyin Liu
               Jianyin Liu, Esq.
               FBN: 1007675
               The Law Offices of James Liu, LLC
               15750 SW 92nd Ave Unit 20C,
               Palmetto Bay, FL 33157
               Ph: (305) 209 6188
               Email: jamesliulaw@gmail.com
               ***Attorney for Defendants***