UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60863-CIV-SINGHAL

ZEMIAO CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal With Prejudice (DE [109]) filed by Plaintiff Zemiao Chen and Defendants Megabar and AXZTYYLA. The Court having reviewed the Joint Stipulation and docket, it is hereby:

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants Megabar and AXZTYYLA. Each party shall bear their own costs and fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of October 2024.

                                                                               RAAG SINGHAL
                                                          UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF