UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-60863-CIV-SINGHAL

ZEMIAO CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court on the Motion to Appear *Pro Hac Vice* for Tong Jin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") (DE [127]), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court, having considered the Motion, and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice* (DE [127]) is **GRANTED**. Tong Jin may appear and participate in this action on behalf of Defendants avla; BSRESIN; BABORUI; Cadeya; Vodolo; UTTPLL; TAIWANBED; Kablekt; Shenzhenshi zhuochengjiajuyouxiangongsi; MUYIZI Direct; U-Zimikee Direct; Toidgy; YEGEER; MCPINKY; AMOR PRESENT; FUTUREPLUX; SHINDEL; Mackerel Bead; Nynicorny; Hokoad US; YINUOTIYU; HUGCATY-US; Aircord; Penta angel; BMWH; Lanathel; SBKJ; and Seebeach Store (collectively "Defendants"). The

Clerk shall provide electronic notification of all electronic filings to Tong Jin at tjin@nilawfirm.com.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of January 2025.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE