Exhibit 1



US0D1019124S

| (12) | United States Design Patent | (10) Patent No.: | **US D1,019,124 S** |
|---|---|---|---|
| | Chen | (45) Date of Patent: | ** Mar. 26, 2024 |

(54) **BAG**

(71) Applicant: **Zemiao Chen**, Shenzhen (CN)

(72) Inventor: **Zemiao Chen**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/798,341**

(22) Filed: **Jul. 7, 2021**

(51) **LOC (14) Cl.** .............................................. **03-01**
(52) **U.S. Cl.**
   USPC ............................................... **D3/226**
(58) **Field of Classification Search**
   USPC ................ D3/215, 217, 226–228, 230–233,
                  D3/243–246; D5/1–3
   CPC .... A45C 1/02; A45C 3/06; A45C 3/00; A45C
               13/08; A45C 13/083; A45C 2003/002
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D185,343 | S | * | 6/1959 | Bienen | ........................... D3/246 |
| 3,297,119 | A | * | 1/1967 | Viol | ................... A47D 15/003 |
| | | | | | 150/108 |
| D403,151 | S | * | 12/1998 | Heredos-Formby | ........... D3/246 |
| D479,397 | S | | 9/2003 | Galliano | |
| D711,651 | S | * | 8/2014 | Koenig | ........................... D3/303 |
| D757,427 | S | * | 5/2016 | Dumas | ........................... D3/243 |
| D779,820 | S | * | 2/2017 | Fusi | ............................... D3/245 |
| D831,957 | S | | 10/2018 | Carter et al. | |
| D834,808 | S | * | 12/2018 | Burton | ........................... D3/246 |
| D851,927 | S | | 6/2019 | Ormsby et al. | |
| D871,757 | S | | 1/2020 | Gombert-Duclos | |
| D873,564 | S | | 1/2020 | Hawkes | |
| D878,037 | S | | 3/2020 | Sasaki-Whalen | |
| D884,345 | S | * | 5/2020 | Stecki | ........................... D3/301 |
| D894,597 | S | | 9/2020 | Lemaire | |
| D897,672 | S | | 10/2020 | Hedrick et al. | |
| D898,352 | S | | 10/2020 | Hawkes | |
| D901,889 | S | | 11/2020 | Jacobs | |
| D905,960 | S | | 12/2020 | Borner | |
| D913,691 | S | | 3/2021 | Camerlengo | |
| D917,162 | S | | 4/2021 | Dumas | |
| D917,164 | S | | 4/2021 | Zhang | |
| D918,578 | S | | 5/2021 | Lambert | |
| D920,007 | S | | 5/2021 | Frazier | |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 307824126 | * | 2/2023 |
| KR | 3020230001158 | * | 2/2023 |

OTHER PUBLICATIONS

Spartina 449 Boutique Leather Dotted Lace Tote—Pink, Date First Available: May 17, 2014, site visited Mar. 16, 2023, https://www.amazon.com/Spartina-449-Boutique-Leather-Dotted/dp/B00KE7MRV4 (Year: 2014).*

(Continued)

*Primary Examiner* — Karen S Acker
*Assistant Examiner* — Andrea Marie McKay

(57) **CLAIM**

The ornamental design for a bag, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right side, top perspective view of a bag showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is an enlarged detailed view of the region **8** noted in FIG. **1**.
The broken lines depict portions of the bag that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D922,064 S | | 6/2021 | Coolens |
| D922,766 S | | 6/2021 | Lagerfeld |
| D953,017 S | * | 5/2022 | Dumas .......................... D3/232 |
| D953,018 S | * | 5/2022 | Dumas .......................... D3/232 |
| D953,019 S | * | 5/2022 | Dumas .................... A45C 3/06 |
| | | | D3/252 |
| D960,567 S | | 8/2022 | Gvasalia |
| D970,221 S | * | 11/2022 | Dumas .......................... D3/301 |
| D972,840 S | | 12/2022 | Piccioli |
| D975,439 S | * | 1/2023 | Valeanu ........................ D3/232 |
| D979,234 S | * | 2/2023 | Giarratano .................... D3/243 |
| D989,474 S | * | 6/2023 | Arsenina ....................... D3/217 |

OTHER PUBLICATIONS

Cromia Italian Made Fuchsia Pink Perforated Leather Carryall Satchel Handbag, Date First Available: Mar. 20, 2015, site visited Mar. 16, 2023, https://www.amazon.com/Cromia-Italian-Fuchsia-Perforated-Carryall/dp/B00UYABYNS (Year: 2015).*

Ellie File Bag, Review date: Dec. 18, 2020, site visited Apr. 3, 2023, https://www.coachoutlet.com/products/ellie-file-bag/C1648-IMCHK.html?rrec=true (Year: 2020).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent    Mar. 26, 2024    Sheet 7 of 8    US D1,019,124 S



FIG. 7



FIG. 8