Exhibit 2










| Elovien Beach Sand Toys Set, 24PCS Sandbox Toys with Mesh Backpack Bag Included 2 F… | Kids Toys - Outdoor Games for Kids, Toss and Catch Ball Set with 6 Paddles 3 Balls,… | MarcZero 11Pcs Silicone Beach Toys,Modern Baby Beach Toys,Travel Friendly Beach Set… | Frisbees for Kids - Fun Beach Toys for Kids 3-10 Top Summer Gifts for Boys Age 4-7 … | Reusable Water Balloons, Pool Toys Beach Toys, Summer Water Toys, Refillable… | IOKUKI Long Shovels Sand Toys Tool with Mesh Bag Including Bath Boat, Castle Buildi… | Sand Dipper Full Size Beach Scoop Shovel & Sifter Tool for Beachcombing –… |
|---|---|---|---|---|---|---|
| 4.7 ★★★★☆ 399 | 4.5 ★★★★☆ 436 | 4.6 ★★★★☆ 105 | 4.5 ★★★★☆ 21,700 | 4.8 ★★★★★ 232 | 4.2 ★★★★☆ 371 | 4.6 ★★★★☆ 548 |
| 200+ bought in past month | 100+ bought in past month | 300+ bought in past month | 600+ bought in past month | | 500+ bought in past month | 50+ bought in past month |
| $21⁹⁹ | $25⁹⁹ | **15% off** Ends in 02:13:04 | $14⁹⁹ | $15⁹⁹ ($4.00/Count) | $26⁹⁹ | $54⁹⁹ |
| ✓prime | ✓prime | $21²⁴ | ✓prime | ✓prime | ✓prime | ✓prime |
| Save 10% with coupon | Save 10% with coupon | List: $24.99 | Save 10% with coupon (some sizes/colors) | Save 10% with coupon | Save 5% with coupon | Save 5% with coupon (some sizes/colors) |
| | | ✓prime | | | | |

## Products related to this item

Sponsored ⓘ

Page 1 of 58








| POILKMNI 2 Pieces Shark Tooth Sifter with Seashell Bags, Beach Sand Sifter, Sand Sc… | MBJZSL 6pcs Shelling Tools for Beach, Shark Tooth Sifter, Sand Sifter with Long Adj… | YEXEXINM 3 Pack Sand Sifter Tools - Beach Scoop for Beachcombing Shell & Rock，Shark… | MarcZero 11Pcs Silicone Beach Toys,Modern Baby Beach Toys,Travel Friendly Beach Set… | Reusable Water Balloons, Pool Toys Beach Toys, Summer Water Toys, Refillable… | Frisbees for Kids - Fun Beach Toys for Kids 3-10 Top Summer Gifts for Boys Age 4-7 … | SOPPYCID 15Pcs Reusable Water Balloons, Reusable Water Balls For Kids,… |
|---|---|---|---|---|---|---|
| 4.9 ★★★★★ 9 | 4.4 ★★★★☆ 20 | 3.4 ★★★☆☆ 11 | 4.6 ★★★★☆ 105 | 4.8 ★★★★★ 232 | 4.5 ★★★★☆ 21,700 | 4.9 ★★★★★ 33 |
| 400+ bought in past month | 100+ bought in past month | $17⁹⁹ ($6.00/Count) | 700+ bought in past month | $15⁹⁹ ($4.00/Count) | 600+ bought in past month | $35⁹⁹ ($2.40/Count) |
| **#1 New Release** | $27³⁵ | ✓prime | **15% off** Ends in 02:13:04 | ✓prime | $14⁹⁹ | ✓prime |
| $21⁹⁹ | ✓prime | | $21²⁴ | Save 10% with coupon | ✓prime | Save 35% with coupon |
| ✓prime | Save 5% with coupon | | List: $24.99 | | Save 10% with coupon (some sizes/colors) | |
| Save 5% with coupon | | | ✓prime | | | |

## Product information

| | |
|---|---|
| Product Dimensions | 2 x 3 x 2 inches |
| Item Weight | 12 ounces |
| Country of Origin | China |
| ASIN | B0CZCP2F5C |
| Item model number | beach sand sifter shovel |
| Manufacturer recommended age | 36 months - 12 years |
| Manufacturer | Abnaok |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please [click here](click here)

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Important information

### Safety Information

no

## Product Description

# Summer Holiday Is Coming! Are you ready?

## Abnaok 4Pack Shelling Tools for Beach



**Keeping Your Collected Items Secure**

## Stainless Steel Beach Mesh Shovel

Designed with convenience in mind, this beach mesh shovel is lightweight and easy to carry, making it ideal for children and adults alike. The sturdy handle provides a comfortable grip, allowing for effortless digging and scooping. Its compact design also makes it a breeze to pack and transport, fitting perfectly into your beach bag or car trunk.



Case 0:24-cv-60863-AHS   Document 144-2   Entered on FLSD Docket 03/27/2025   Page 5 of 9



Adjustable Length, No Need to Bend Down, Easy and Convenient to Use !

## Easy to Use Abnaok Sand Sifter



**1**

Take Out the Product.

**2**

In Line with the Lower Tie Hole, Rotate Clockwise.

**3**

Pull Rod Down to the Right to Stretch the Appropriate Position to the Left to Lock.

**4**

Succeed !



Gifts for Beach Collection Lovers

## Shelling Tools for Beach

Abnaok mesh filter sand scoop and mesh bag are practical gifts for your girls and boys, especially when the summer vocation is coming, and you kids will be very happy to receive these useful beach tools, which can provide them with much more convenience while collecting shells.

## Deals on related products

Page 1 of 3

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Sponsored ⓘ | Sponsored ⓘ | Sponsored ⓘ | Sponsored ⓘ | Sponsored ⓘ | Sponsored ⓘ | Sponsored ⓘ |
| MarcZero 11Pcs Silicone Beach Toys,Modern Baby Beach Toys,Travel Friendly Beach Set... | Qrooper Kids Toys Toss and Catch Game Set - Beach Toys Pool Toys Outdoor Toys for K... | DAIKOYE Beach Toy Mesh Beach Bags - Kids Shell Collecting Bags Sand Toy Totes with ... | Duckura Outdoor Indoor Game Activities for Kids, Pop-Pass-Catch Ball Game with 4 Ca... | Ayeboovi Toss and Catch Ball Game Outdoor Toys for Kids Yard Games Beach Pool Toys ... | Top Race 6 Pack of 5 Beach Pails Sand Buckets and Shovels Toy \| Pool and Swim Toys ... | JOYIN 2 Kids Bubble Gun with 2 Bottles Bubble Refill Solution, Bubble Guns Kids 4-8... |
| 4.6 ★★★★ 105 | 4.6 ★★★★ 1,813 | 4.5 ★★★★ 616 | 4.4 ★★★★ 3,371 | 4.6 ★★★★ 3,908 | 4.4 ★★★★ 4,112 | 4.3 ★★★★ 12,439 |
| 300+ bought in past month | 1K+ bought in past month | 300+ bought in past month | 1K+ bought in past month | 400+ bought in past month | 300+ bought in past month | 8K+ bought in past month |
| **15% off** Ends in 02:13:03 | **10% off** Limited time deal | **10% off** Limited time deal | **21% off** Limited time deal | **37% off** Limited time deal | **29% off** Limited time deal | **14% off** Limited time deal |
| $21²⁴ | $25¹⁹ | $8⁹⁹ | $11⁸⁹ | $18⁸⁹ | $12⁰⁵ | $18⁹⁹ |
| List: $24.99 | List: $27.99 | List: $9.99 | List: $14.99 | List: $29.99 | List: $17.09 | List: $21.99 |

## What's in the box

- beach scoop shovel

## Related products with free delivery on eligible orders

Page 1 of 58

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

**3Pcs Shelling Tools for Beach Include Beach Mesh Shovel, Sand Sifter with Extra Lon...**
4.5 ⭐⭐⭐⭐½ 2
$17⁹⁹
✓prime

**NINAOR Collapsible Beach Toys with Beach Bag, 11 Pcs Collapsible Bucket Rake Shovel...**
$26⁹⁹
✓prime
Save 30% with coupon

**Hungdao 14 Pcs Silicone Beach Toys Travel Beach Set Silicone Sand Toys Include 2 Si...**
4.7 ⭐⭐⭐⭐½ 20
100+ bought in past month
$35⁹⁹
✓prime

**POILKMNI 2 Pieces Shark Tooth Sifter with Seashell Bags, Beach Sand Sifter, Sand Sc...**
4.9 ⭐⭐⭐⭐⭐ 9
400+ bought in past month
#1 New Release
$21⁹⁹
✓prime
Save 5% with coupon

**MBJZSL 6pcs Shelling Tools for Beach, Shark Tooth Sifter, Sand Sifter with Long Adj...**
4.4 ⭐⭐⭐⭐½ 20
100+ bought in past month
$27³⁵
✓prime
Save 5% with coupon

**Frisbees for Kids - Fun Beach Toys for Kids 3-10 Top Summer Gifts for Boys Age 4-7 ...**
4.5 ⭐⭐⭐⭐½ 21,700
600+ bought in past month
$14⁹⁹
✓prime
Save 10% with coupon (some sizes/colors)

**YEXEXINM 3 Pack Sand Sifter Tools - Beach Scoop for Beachcombing Shell & Rock, Shark...**
3.4 ⭐⭐⭐½ 11
$17⁹⁹ ($6.00/Count)
✓prime

## Videos

### Videos for this product



1:01
Abnaok 4Pack Shelling Tools for Beach
Abnaok

[ Upload your video ]

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

**Activ Life**
Shop the Store on Amazon ›



Activ Life Kid's Flying Rings [2 Pack] They Fly Straight & Don't Hurt! 80% Lighter...
⭐⭐⭐⭐½ 21,700
$16.99

**Axirata**
Shop the Store on Amazon ›



Axirata Amphibious RC Car with Lights for Kids 3-12 Year Old Boys Toy Gesture Ha...
⭐⭐⭐⭐½ 227
$39.99

**QLT QIAOLETONG**
Shop the Store on Amazon ›

 

QLT Beach Toys for Toddlers - Kids Sand Toys Include Train Beach Truck, Beach...
⭐⭐⭐⭐½ 133
$17.99

## Looking for specific info?



2024/5/8 10:41　　　Amazon.com: Abnaok 4 Pack Shelling Tools for Beach Include Sand Sifter with Extra Long Adjustable Handle, 2 PCS Shell Bags and 2 PCS Mesh Storage Sand Scoop for Girls Boys Collecting Shells…

Case 0:24-cv-60868-AHS　　Document 144-2　Entered on FLSD Docket 03/27/2025　Page 9 of 9

| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
|---|---|---|---|---|---|---|
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use　　Privacy Notice　　Consumer Health Data Privacy Disclosure　　Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates